UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: LANCE ANTHONY ) Case No. 10-53740-399   Chapter 13
MANGAN )
venturing ) Plan Pmt:$490X12
JANICE LEAH )    Term:$400X48
MANGAN )
Debtor(s) )

CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN
CERTIFICATION

COMES NOW Chapter 13 Trustee and certifies that: he has reviewed debtor's schedules and plan and has conducted a Section 341 meeting of creditors, and except to the extent the Trustee's objection has been overruled, the Chapter 13 plan complies with all Chapter 13 and other applicable provisions of Title 11 United States Code; the debtor(s) have advised that they have made all DSO payments and filed all tax returns as required by 11 U.S.C. Section 1325(a)(8) & (9) or the Trustee's objection has been overruled. The debtor(s) are substantially current in their payments to the Trustee; and the Trustee is not aware of any outstanding objections to confirmation.

Date: February 10, 2011
SI -477

Original confirmation
hearing set for: Feb 09, 2011

John V LaBarge Jr   Ch 13 Trustee
P.O. Box 430908
St. Louis, MO 63143   (314) 781-8100

ORDER

It is ORDERED that the plan is confirmed; that the Trustee shall distribute any payments received in conformance with Title 11; that except as provided in 11 U.S.C. Section 1304(b), the debtor(s) is hereby prohibited during the pendency of this case from in any way encumbering or disposing of any property of this estate or from incurring any further debt, without prior written approval of the Court excepting debts incurred for protection of life, health, or property when not reasonably practical to secure prior approval. Any provision in the plan providing for special classification and treatment of claims filed after the Bankruptcy Rule 3002(c) or 11 U.S.C. Sec. 502(b)(9) date shall be void; such claims shall receive treatment pursuant to 11 U.S.C. Sec. 726(a)(3).

Dated:  FEB 15 2011
St. Louis, Missouri
Copy mailed to:

U.S. Bankruptcy Judge

SHERK & SWOPE LLC
1620 S HANLEY RD
ST LOUIS MO  63144

John V LaBarge Jr
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

LANCE ANTHONY & JANICE LEAH MANGAN
405 BENTON DRIVE
FESTUS MO  63028